Application GRANTED. The initial pretrial conference, scheduled for May 14, 2020, is ADJOURNED to **June 11, 2020, at 10:40 a.m.**

Plaintiff shall file proof of service, or a letter explaining the status of service, by **May 21, 2020**.

Dated: May 11, 2020
      New York, New York

*LORNA G. SCHOFIELD*
UNITED STATES DISTRICT JUDGE

May 11, 2020

**VIA ECF**

Hon. Lorna G. Schofield, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse

Re: *Paulino Calderon et al v. Tony Fruits & Grocery Corp. et al*, 20 CV 1954 (LGS)

Dear Judge Schofield:

      This firm represents the plaintiff in this matter. The plaintiff has not been in touch with defendants, and the plaintiff has not yet made an attempt to serve this case. The plaintiff will be sending documents to plaintiff's process server this week and will request the process server serve the defendants. The plaintiff moves to adjourn the initial conference. I apologize to the Court for the lateness of this submission.

      I thank the Court for its time and consideration.

                                                Respectfully submitted,

                                                John M. Gurrieri