# LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

Application GRANTED. The application is untimely but is nevertheless granted.  The initial pretrial conference, scheduled for June 11, 2020, is ADJOURNED to **June 25, 2020, at 10:40 a.m.**

The parties shall file the joint letter and proposed case management plan and scheduling order by **June 18, 2020.**  If the defendants have failed to appear by that date, Plaintiff shall file a letter requesting to adjourn the conference and proposing a date by which Plaintiff will move for default judgment.

Dated: June 9, 2020
   New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

June 9, 2020

**VIA ECF**

Hon. Lorna G. Schofield, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse

Re: *Paulino Calderon et al v. Tony Fruits & Grocery Corp. et al*, 20 CV 1954 (LGS)

Dear Judge Schofield:

  This firm represents the plaintiff in the above-referenced action. The plaintiff writes in response to the Court's June 5, 2020, Order. I apologize to the Court for the lateness of this letter. The plaintiff has not been in contact with defendants and therefore moves for an adjournment of the initial conference. The plaintiff has served all defendants and filed affidavits of service today. The plaintiff was delayed in obtaining the affidavits of service because plaintiff is using a new process server and still unfamiliar with how to most quickly access and obtain the affidavits. The plaintiff apologizes for the delay.

  I thank the Court for its time and consideration.

Respectfully submitted,

John M. Gurrieri