Law Office of
# Justin A. Zeller, p.c.

Justin A. Zeller
jazeller@zellerlegal.com

John M. Gurrieri
jmgurrieri@zellerlegal.com

Telephone: 212.229.2249
Facsimile: 212.229.2246

> Application GRANTED IN PART.  The initial pretrial conference, scheduled for June 25, 2020, is ADJOURNED to **August 6, 2020, at 10:40 a.m.**
>
> Plaintiff shall move for default judgment pursuant to Attachment of this Court's Individual Rules by **July 10, 2020.**
>
> Dated: June 19, 2020
>         New York, New York
>
> *[signature]*
> **Lorna G. Schofield**
> **United States District Judge**

June 18, 2020

**VIA ECF**

Hon. Lorna G. Schofield, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse

Re: *Paulino Calderon et al v. Tony Fruits & Grocery Corp. et al*, 20 CV 1954 (LGS)

Dear Judge Schofield:

    This firm represents the plaintiff in the above-referenced action. The defendants have still failed to appear in this action. Therefore, the plaintiff moves for an adjournment of the initial conference and asks the Court until August 14, 2020, to submit a default motion.

    I thank the Court for its time and consideration.

Respectfully submitted,

*[signature]*

John M. Gurrieri