UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    PAULINO CALDERON, et al.,

                      Plaintiffs

              -against-

    TONY FRUITS & GROCERY CORP., et al.,

                    Defendants.
-------------------------------------------------------------X

20 Civ. 1954 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for August 6, 2020, at 10:40 a.m.;

    WHEREAS, the parties filed a proposed Case Management Plan which indicates that the parties consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. *See* 28 U.S.C. § 636(c). It is hereby

    **ORDERED** that the August 6, 2020 initial pretrial conference is adjourned sine die. It is further

    **ORDERED** that by **August 7, 2020**, the parties shall return an executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form to the Clerk of Court,[1] confirming their intention to conduct all further proceedings before Judge Gorenstein, in compliance with Rule 73.1 of the Local Civil Rules for the Southern and Eastern Districts of New York.

Dated: August 3, 2020
       New York, New York

                                          LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**

---

[1] The form is available at https://www.nysd.uscourts.gov/sites/default/files/practice_documents/rwlConsentToProceedBeforeUSMagistrateJudge._0.pdf.