UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LUIS M. PAULINO CALDERON, et al.,          :

        Plaintiffs,          :          <u>ORDER</u>

  -v.-          :
          20 Civ. 1954 (GWG)
TONY FRUITS & GROCERY CORP. et al.,          :

         :
        Defendants.
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    The Court regrets that it must change the date and time of the conference in this matter currently scheduled for September 14, 2020, at 2:15 p.m. The rescheduled date and time are Tuesday, September 15, 2020 at 2:00 p.m.  If this date is not convenient, an adjournment may be sought in accordance with paragraph 1.F of the Court's Individual Practices.

    Each attorney on this case is directed to confirm that all other parties are aware of the adjournment reflected in this Order.

So Ordered.

Dated: September 8, 2020
       New York, New York

                                                                          GABRIEL W. GORENSTEIN
                                                                          United States Magistrate Judge