Law Office of
# Justin A. Zeller, p.c.

Justin A. Zeller
jazeller@zellerlegal.com

John M. Gurrieri
jmgurrieri@zellerlegal.com

Telephone: 212.229.2249
Facsimile: 212.229.2246

## MEMORANDUM ENDORSEMENT

May 17, 2021

**VIA ECF**

Hon. Gabriel W. Gorenstein, United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re: *Paulino Calderon et al v. Tony Fruits & Grocery Corp. et al*, 20 CV 1954 (GWG)

Dear Judge Gorenstein:

    This firm represents the plaintiff in the above-referenced action. The plaintiff writes to request a one week extension of today's deadline to submit the settlement agreement for approval. I apologize to the Court for the lateness of this submission. The parties have finalized the form of the agreement, and the plaintiff has signed. The parties have also nearly finalized a draft of the fairness letter. The only outstanding element is for the defendants to sign the settlement agreement. This request for an extension of time to submit the settlement agreement is the first.

    I thank the Court for its time and consideration.

Respectfully submitted,

*John M. Gurrieri*

John M. Gurrieri

**Extension to May 31, 2021, granted.**

**So Ordered.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
May 18, 2021